```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
ANDRE CANTEY, JAMES BATTLE, and                 :
TERRENCE BOSTON,                                :
:
Plaintiffs,        :       25-cv-4843 (LJL)
:
-v-             :       ORDER
:
CENTER FOR EMPLOYMENT                           :
OPPORTUNITIES, INC.,                            :
:
Defendant.         :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held an initial pretrial conference in this matter today, September 3, 2025. This Order memorializes the Court's orders issued on the record.

Defendant's motion for a stay of discovery is denied. *See* Dkt. No. 17. The parties are encouraged to meet and confer regarding the order in which discovery will be conducted.

On Plaintiffs' consent, Defendant's deadline to respond to the Amended Complaint is extended from September 8, 2025, to September 19, 2025.

The Court adopts Defendant's proposed case management plan by way of a subsequent order. Plaintiffs' motions for Rule 23 class certification and for conditional certification under the Fair Labor Standards Act shall be filed by May 1, 2026.

The Clerk of Court is respectfully directed to close Dkt. No. 17.

SO ORDERED.

Dated: September 3, 2025
New York, New York                                  _____
                                                        LEWIS J. LIMAN
                                                    United States District Judge