**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDRE CANTEY, JAMES BATTLE, and TERRENCE BOSTON, individually and on behalf of all others similarly situated, <br><br>        *Plaintiffs,* <br> vs. <br><br> CENTER FOR EMPLOYMENT OPPORTUNITIES, INC., <br><br>        *Defendant.* | Case No. 1:25-cv-04843-LJL <br><br> **ORDER DISMISSING PLAINTIFF JAMES BATTLE'S CLAIMS AGAINST DEFENDANT CENTER FOR EMPLOYMENT OPPORTUNITIES, INC.** |

The parties have stipulated to the dismissal of Plaintiff James Battle's claims against Defendant Center for Employment Opportunities, Inc. and have certified that there is no settlement of the claims in this action. *See*, *generally*, *Samake v. Thunder Lube, Inc.*, 24 F.4th 804 (2d Cir. 2022). Accordingly, the joint stipulation and motion to dismiss Plaintiff James Battle's claims against Defendant Center for Employment Opportunities, Inc. is granted.

IT IS HEREBY ORDERED that Plaintiff James Battle's claims against Defendant Center for Employment Opportunities, Inc. are dismissed without prejudice. This Order does not affect the claims of the remaining class representatives or the overall putative class action, nor Mr. Battle's ability to participate as a class member if a class is certified.

Dated: __January 6, 2026

_____
Hon. Lewis J. Liman

1