**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDRE CANTEY, JAMES BATTLE, and TERRENCE BOSTON, individually and on behalf of all others similarly situated, | Case No. 1:25-cv-04843-LJL |
| *Plaintiffs,* vs. | **ORDER EXTENDING DEADLINES** The post-discovery status conference currently scheduled for March 5, 2026 is adjourned to April 23, 2026 at 2:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts. |
| CENTER FOR EMPLOYMENT OPPORTUNITIES, INC., *Defendant.* | |

IT IS HEREBY ORDERED that the discovery deadlines Ordered by the Court (*see* Dkt. No. 21) are extended as follows:

1. Deposition deadline is extended from February 6, 2026 to March 27, 2026;

2. Completion of all fact discovery is extended from February 27, 2026 to April 17, 2026;

3. Completion of expert discovery is extended from February 27, 2026 to April 17, 2026;

4. Post-discovery status conference is extended from March 5, 2026 to April 23, 2026;

5. Motion for summary judgment is extended from April 24, 2026 to June 12, 2026;

6. Motions for Rule 23 class certification and for conditional certification under the Fair Labor Standards Act from May 1, 2026 to June 19, 2026, and

7. Proposed joint pretrial order is extended from June 12, 2026 to July 31, 2026.

Dated: __February 6_____, 2026

_____

Hon. Lewis J. Liman

1