USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE CANTEY, et al.,

Plaintiffs,

-v-

CENTER FOR EMPLOYMENT OPPORTUNITIES, INC.,

Defendant.

25-cv-4843 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the conference on July 22, 2026.

Defendant's time to answer or otherwise respond to Plaintiffs' second amended complaint is extended to August 7, 2026.

Defendant shall file a pre-motion letter addressing the anticipated motion for summary judgment by August 7, 2026. Defendant's letter shall additionally address the Court's questions regarding (1) whether defendant would be willing to stipulate to tolling of the statute of limitations for claims under the Fair Labor Standards Act and (2) whether, assuming claims are dismissed as to both named Plaintiffs through the motion for summary judgment, the appropriate approach would be to permit Plaintiffs to identify a new class representative and continue pursuing the claim. Plaintiffs shall respond to Defendant's letter by August 14, 2026. Each letter shall be no more than five pages.

SO ORDERED.

Dated: July 23, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge